IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | No. 2:15-cv-0046-TLN-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| JAMES BAILEY, | |
| Defendant. | |
| _____/ | |

      Defendant, proceeding pro se, removed this action from the Shasta County Superior court on January 8, 2015. Pending before the court is plaintiff's motion to remand (Doc. 3). No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for April 22, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

DATED: April 14, 2015

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE