UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | No. 2:15-cv-0046-TLN-CMK |
| Plaintiff, | |
| v. | **ORDER** |
| JAMES BAILEY, | |
| Defendants. | |

   Plaintiff, proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

   On May 6, 2015, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

   The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed May 6, 2015, are adopted in full;

   2. This matter is remanded to the Superior Court of the State of California, County of Shasta; and

/ / /

1

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 6, 2015

_____
Troy L. Nunley
United States District Judge